DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAJIV GRAY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-904

[June 14, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case Nos. 09-6445 CF10A and 08-8433 CF10A.

Rajiv Gray, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***